United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| EDUARDO ABREUS-ARIAS | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00449 |
| MARKWAYNE MULLIN, *et al.,* | § | |
|    "Respondents." | § | |
| | § | |

## ORDER

Before the Court is Attorney Carlos Dantes Mejias, Jr.'s "Motion for Leave to Appear Pro Hac Vice" (Dkt. No. 2) ("Motion"). As of this Order, no fee has been paid in connection with the Motion. *See* Dkt. No. 4. Accordingly, Mr. Mejias is **ORDERED** to file a Statement with the Court showing cause why the Motion (Dkt. No. 2) should not be denied. Such Statement shall be filed no later than **Tuesday, June 10, 2026.**

SIGNED this May 27, 2026

_____
Rolando Olvera
United States District Judge

1 / 1