United States District Court
Southern District of Texas

**ENTERED**

June 23, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

EDUARDO ABREUS-ARIAS
   "Petitioner," §
§
§
v. §
§   Civil Action No. 1:26-cv-00449
§
MARKWAYNE MULLIN, *et al.,*
   "Respondents." §
§
§

## ORDER

On May 27, 2026, this Court ordered Attorney Carlos Dantes Mejias, Jr. to show cause as to why his "Motion for Leave to Appear Pro Hac Vice" (Dkt. No. 2) ("Motion") should not be denied for failure to pay the required filing fee. *See* Dkt. No. 5. The Court directed Mr. Mejias to file a statement no later than June 10, 2026, explaining his failure to comply.

That deadline has now passed. To date, Mr. Mejias has neither paid the filing fee nor filed the required statement. It is therefore **ORDERED** that, no later than **Tuesday, June 30, 2026**, Mr. Mejias shall file a written statement explaining (1) his failure to comply with the Court's May 27, 2026 Order and (2) why his Motion for Leave to Appear Pro Hac Vice should not be denied.

Mr. Mejias is **ADVISED** that failure to timely comply with this Order may result in the denial of his Motion for Leave to Appear Pro Hac Vice without further notice. Further, the Clerk of the Court is **INSTRUCTED** to send a certified copy of this Order to Petitioner at Port Isabel Detention Center, 27991 Buena Vista Blvd., Los Fresnos, Texas 78566. Petitioner is **ADVISED** that Mr. Mejias' failure to respond by June 30, 2026 may affect Mr. Mejias ability to continue representing Petitioner in this matter.

   SIGNED this June 23, 2026

 

_____
Rolando Olvera
United States District Judge